

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-26-00073-CV

IN THE INTEREST OF L.M.S. AKA L.M.P., A CHILD

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 69237-A, Honorable Jack M. Graham, Presiding

April 29, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, D.E.P., appeals from the trial court's *Final Order in Suit Affecting the Parent-Child Relationship*.[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.

---

[1] To protect the privacy of the parties, we refer to them by their initials.  *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(a), (b).

The appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam